| | |
|---|---|
| 1 | WILLIAM A. LEVIN, ESQ. (SBN 98592) |
| | TIMOTHY F. PEARCE, ESQ. (SBN 215223) |
| 2 | **LEVIN SIMES LLP** |
| | 353 Sacramento Street, 20th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone (415) 426-3000 |
| 4 | Facsimile (415) 426-3001 |
| | wlevin@levinsimes.com |
| 5 | tpearce@levinsimes.com |
| 6 | Attorneys for Plaintiff |
| | BOBBIE E. THOMAS |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BOBBIE E. THOMAS, | Case No. 3:13-CV-01618-JSW |
| Plaintiff, | |
| vs. | JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT FOSTER WHEELER LLC AND TO REMAND ACTION TO STATE COURT |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | [United States District for the Northern District of California Civil Local Rule 7.12] |
| Defendants. | |

## STIPULATION

Come now the Plaintiff, Bobbie E. Thomas ("Plaintiff") and removing Defendant Foster Wheeler LLC ("Foster Wheeler"), who file their Joint Stipulation to Remand Action to State Court pursuant to United States District Court for the Northern District of California Civil Local Rule 7.12.

WHEREAS, Defendant Foster Wheeler removed this case to the United States District Court for the Northern District of California on April 11, 2013, on the found that the Court has "federal officer" subject matter jurisdiction under *42 United States Code* section 1442(a)(1);

WHEREAS, Defendant Foster Wheeler was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiff and Defendant Foster Wheeler, the affected parties, have now reached a resolution on Plaintiff's claim against it;

|    |                                                                                                                                                          |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | WHEREAS, Plaintiff hereby dismisses his claim against Defendant Foster Wheeler, with                                                                      |
| 2  | prejudice, and each party is to bear their own costs;                                                                                                     |
| 3  | WHEREAS, Defendant Foster Wheeler's desire for a federal forum for this action is now moot                                                                |
| 4  | give the resolution of Plaintiff's claims against it; and                                                                                                 |
| 5  | Whereas, pursuant to the parties' resolution, Plaintiff and Defendant Foster Wheeler seek to                                                              |
| 6  | have this action remanded to state court,                                                                                                                 |
| 7  | IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant Foster Wheeler,                                                                  |
| 8  | that all claims against Defendant Foster Wheeler shall be, and hereby are, dismissed with prejudice                                                       |
| 9  | pursuant to *Federal Rule of Civil Procedure* 41 and that this action shall be, and hereby is,                                                            |
| 10 | immediately remanded to Alameda County Superior Court, the court in which it was originally filed                                                         |
| 11 | and from which it was removed.                                                                                                                            |
| 12 | The parties further stipulate to the extent that this case is not remanded to Alameda County                                                              |
| 13 | Superior Court, Defendant Foster Wheeler LLC will not be dismissed from this action.                                                                      |
| 14 | IT IS SO STIPULATED.                                                                                                                                      |
| 15 | Dated: April 19, 2013                                      **LEVIN SIMES LLP**                                                                            |
| 16 |                                                                                                                                                          |
| 17 | By: _____<br>Timothy F. Pearce, Esq.<br>Attorneys for Plaintiff                                                                 |
| 18 |                                                                                                                                                          |
| 19 | Dated: April 19, 2013                                      **BRYDON HUGO & PARKER**                                                                       |
| 20 |                                                                                                                                                          |
| 21 | By: _____<br>Thomas J Moses, Esq.<br>Attorneys for Defendant Foster Wheeler LLC                                                 |
| 22 |                                                                                                                                                          |
| 23 | PURSUANT TO STIPULATION, IT IS SO ORDERED.                                                                                                                |
| 24 | Dated: April 22, 2013                                                                                                                                     |
| 25 |                                                                                                                                                          |
| 26 | _____<br>The Honorable Jeffrey S. White                                                                                         |
| 27 | United States District Court, Northern District of CA                                                                                                     |
| 28 |                                                                                                                                                          |